**George Roger SIEGEL, Plaintiff–Appellant,**

v.

**ARLINGTON COUNTY DEPARTMENT OF COMMUNITY PLANNING HOUSING AND DEVELOPMENT, and its Agencies; Crescent Resources,**

LLC; Frank lasch, Mid/Atlantic Property Manager; Arlington County Circuit Court, 17th Circuit Court and its Judges and Staff; United States Civil Rights Commission; Secretary Of The United States Department of the Interior; unknown agents, and Officers of Department of the Interior; Commonwealth of Virginia; Arlington County, Virginia; Commonwealth Atlantic Properties, Incorporated; Crescent Potomac Properties, LLC; Edward M. Smith, c/o BM Smith & Associates, Defendants–Appellees.

George Roger Siegel, Plaintiff–
Appellant,

v.

Arlington County Department Of Community Planning Housing And Development, and its Agencies; Crescent Resources, LLC; Frank lasch, Mid/Atlantic Property Manager; Arlington County Circuit Court, 17th Circuit Court and its Judges and Staff; United States Civil Rights Commission; Secretary Of The United States Department of the Interior; unknown agents, and Officers of Department of the Interior; Commonwealth of Virginia; Arlington County, Virginia; Commonwealth Atlantic Properties, Incorporated; Crescent Potomac Properties, LLC; Edward M. Smith, c/o BM Smith & Associates, Defendants–Appellees.

Nos. 03–1057, 03–1220.

United States Court of Appeals,
Fourth Circuit.

Submitted May 22, 2003.

Decided May 30, 2003.

George Roger Siegel, Appellant Pro Se.

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

In these consolidated cases, George Roger Siegel appeals two orders of the district court. In No. 03–1057, he challenges the district court's order dismissing his complaint for lack of subject matter jurisdiction. We review de novo the district court's decision to dismiss for lack of jurisdiction. *Tillman v. Resolution Trust Corp.,* 37 F.3d 1032, 1034 (4th Cir.1994). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Siegel v. Arlington County Dep't of Community Planning,* No. CA–02–902–A (E.D. Va. filed Dec. 2, 2003 & entered Dec. 5, 2002; filed Jan. 23, 2003 & entered Jan. 24, 2003). In No. 03–1220, Siegel appeals the district court's order denying his motion to reconsider under Rule 60, Fed. R.Civ.P. We review denial of a motion to reconsider for abuse of discretion, *Werner v. Carbo,* 731 F.2d 204, 206 (4th Cir.1984), and we find no such abuse here. We deny Siegel's motion to remand; we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*